IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**MAGISTRATE JUDGE MICHAEL E. HEGARTY**

| | |
|---|---|
| Civil Action No. 08-cv-02110-LTB-MEH | Date: December 11, 2008 |
| Courtroom Deputy: Cathy Coomes | **FTR – Courtroom C203** |

BART D. KIMBER, *Pro Se*

    Plaintiff,

v.

TIM HOOVER,
RICHARD KAZITS,
KEN YARGER,
DEAN KING,
FRANK BROWNIE,
TRACY GRANT, and
CAMP PENDLETON FIRE DEPARTMENT,

    Defendants.

## COURTROOM MINUTES/MINUTE ORDER

**SCHEDULING CONFERENCE**

**Court in session:**     9:17 a.m.

Court calls case. Appearance of *pro se* Plaintiff. Also present: Marc Bonora.

Mr. Bonora states that Defendants have not yet been served, and that he does not represent any defendants at this time.

Discussion regarding the status of service on Defendants and Plaintiff's Motion to Modify Complaint (Doc. #4, filed 12/8/08).

**ORDERED:**   1.     The Scheduling Conference set for this date is VACATED and RESET to **March 9, 2009, at 9:30 a.m.** Mr. Bonora will be responsible for preparing and filing the proposed Scheduling Order **five days prior** to the Scheduling Conference. A copy in **Word or WordPerfect format** should also be sent to Judge Hegarty's e-mail address, Hegarty_Chambers@cod.uscourts.gov.

2. For reasons stated on the record, Plaintiff's Motion to Modify Complaint (Doc. #4, filed 12/8/08) is DENIED as moot.

3. Plaintiff shall file a Consolidated Amended Complaint on or before **December 15, 2008.**

Discussion regarding Plaintiff's claims.

**Court in recess:** **9:43 a.m. (Hearing concluded)**
**Total time in Court:** 0:26