IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 08-cv-02110-LTB-MEH

BART KIMBER,

    Plaintiff,

v.

TIM HOOVER,
RICHARD KAZITS,
KEN YARGER,
DEAN KING,
FRANK BROWNIE,
TRACY GRANT,
CAMP PENDLETON FIRE DEPARTMENT,

    Defendants.

## MINUTE ORDER

**Entered by Michael E. Hegarty, United States Magistrate Judge, on February 11, 2009.**

    Plaintiff's Motion requesting that the Court accept his Amended Complaint one day late [filed February 10, 2009; docket #11] is **granted**. The Clerk of the Court is directed to accept for filing the amended Civil Rights Complaint found at docket #11-2.