IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 08-cv-02110-LTB-MEH

BART KIMBER,

    Plaintiff,

v.

TIM HOOVER,
RICHARD KAZITS,
KEN YARGER,
DEAN KING,
FRANK BROWNIE,
TRACY GRANT,
CAMP PENDLETON FIRE DEPARTMENT,

    Defendants.

## MINUTE ORDER

**Entered by Michael E. Hegarty, United States Magistrate Judge, on February 24, 2009.**

    Defendant's unopposed Motion to Withdraw their Motion to Dismiss for Failure to Prosecute [filed February 23, 2009; docket #18] is **granted**. Defendant's Motion to Dismiss for Failure to Prosecute [docket #13] is hereby **withdrawn**.