IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 08-cv-02110-LTB-MEH

BART KIMBER,

    Plaintiff,

v.

TIM HOOVER,
RICHARD KAZITS,
KEN YARGER,
DEAN KING,
FRANK BROWNIE,
TRACY GRANT,
CAMP PENDLETON FIRE DEPARTMENT,

    Defendants.

## MINUTE ORDER

**Entered by Michael E. Hegarty, United States Magistrate Judge, on March 23, 2009.**

    Pending before the Court is Plaintiff's Unapposed [sic] Motion to Ammend [sic] Complaint [filed March 11, 2009; docket #24] and Supplement to the motion [docket #27]. In the interests of justice, the motion is **granted**. The Plaintiff may file a Second Amended Complaint reflecting the substitution of the United States as the Defendant in this matter (as set forth in his motion and supplement) on or before **April 6, 2009**. In addition, the Plaintiff shall serve the new Defendant with a summons and Second Amended Complaint pursuant to Fed. R. Civ. P. 4 on or before **April 13, 2009**.