IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**MAGISTRATE JUDGE MICHAEL E. HEGARTY**

| | |
|---|---|
| **Civil Action No.** 08-cv-02110-LTB-MEH | **FTR – Courtroom C203** |
| **Date:** April 14, 2009 | Cathy Coomes, Courtroom Deputy |

BART D. KIMBER,                                                                *Pro Se*

    Plaintiff,

v.

UNITED STATES,                                                                Marc Bonora

    Defendant.

---

### COURTROOM MINUTES/MINUTE ORDER

**STATUS CONFERENCE**

**Court in session:**     9:43 a.m.

The Court calls case. Appearances of *pro se* Plaintiff and counsel.

Discussion regarding the status of the case, FECA issues, consolidating Plaintiff's two cases, change of venue, Plaintiff's Third Amended Complaint, and Plaintiff's Final Motion Concerning Identifying Defendants (Doc. #30, filed 4/7/09).

**ORDERED:**  Plaintiff's Final Motion Concerning Identifying Defendants (Doc. #30, filed 4/7/09) is GRANTED insofar as Plaintiff is permitted to file a **Third Amended Complaint by April 17, 2009.** The Third Amended Complaint will be the final amendment to the Complaint.

Mr. Kimber states that he will serve the Third Amended Complaint by April 22, 2009. Mr. Bonora states that he will accept service on behalf of the United States.

Mr. Bonora withdraws his objection to Plaintiff's Final Motion Concerning Identifying Defendants.

**Court in recess:**     10:00 a.m.     (Hearing concluded)
Total time in court:     0:17