IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 08-cv-02110-LTB-MEH

BART KIMBER,

    Plaintiff,

v.

TIM HOOVER,
RICHARD KAZITS,
DEAN KING,
TRACY GRANT, and
BILL FRANKLE,

    Defendants.

## MINUTE ORDER

**Entered by Michael E. Hegarty, United States Magistrate Judge, on June 22, 2009.**

    Plaintiff's Motion Requesting Permission to Make Further Arguments with Concise, Perinent [sic] Information and Photos Relating to Scope of Duty and Substitution [filed June 12, 2009; docket #51] is **denied without prejudice**. The motion is dated April 17, 2009 but was filed ten days ago on June 12, 2009, and contains no additional arguments, information or photos for the Court's consideration of Plaintiff's request. Although Plaintiff states in his motion that he intended to deliver the information by certified mail, the Court has received nothing from the Plaintiff to date.