IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 08-cv-02110-LTB-MEH

BART KIMBER,

    Plaintiff,

v.

TIM HOOVER,
RICHARD KAZITS,
DEAN KING,
TRACY GRANT, and
BILL FRANKLE,

    Defendants.

## MINUTE ORDER

**Entered by Michael E. Hegarty, United States Magistrate Judge, on July 29, 2009.**

    The document filed by the Plaintiff titled, "Additional Information in Support of Plaintiffs' [sic] Request for Judicial Review Challenging the Attorney General's Scope of Employment Certification" [filed June 29, 2009; docket #54], which the Court construes liberally as a motion requesting permission to supplement Plaintiff's briefing in the form of a "sur-reply" to the United States' Motion to Substitute Party [docket #39], is **granted**. The Court will consider the information contained in Plaintiff's "sur-reply" and Defendants' response to the pleading for review of the Motion to Substitute.